■ In the Matter of the Probate of the Will of ELIAS A. COHEN, Deceased. MARIE B. COHEN, Appellant; ESTELLE L. FRINDEL et al., Respondents. — Decree, so far as appealed from, unanimously affirmed, with costs to respondents. No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN FINKEL, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL PEARL, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ In the Matter of WILLIS M. WEEDEN, Appellant, v. SOLOMON E. SENIOR, as Chairman of the Workmen's Compensation Board of the State of New York, Respondent.— Order entered on June 15, 1960, denying petitioner's motion to compel respondent to comply with the duty enjoined upon respondent by section 75 of the Civil Service Law unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Steuer and Bastow, JJ. [24 Misc 2d 333.]

■ ANNELIESE GOLDBERG, as Administratrix of the Estate of EDITH FEIS, Deceased, Appellant, v. AMERICAN AIRLINES, INC., et al., Defendants, and LOCKHEED AIRCRAFT CORPORATION, Respondent.— Order entered on February 16, 1960, granting defendant-respondent's motion, pursuant to subdivision 4 of rule 106 of the Rules of Civil Practice, to dismiss the second cause of action in the complaint for insufficiency, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ. [23 Misc 2d 215.]

■ ANNELIESE GOLDBERG, as Administratrix of the Estate of EDITH FEIS, Deceased, Appellant, v. AMERICAN AIRLINES, INC., et al., Defendants, and KOLLSMAN INSTRUMENT CORPORATION, Respondent.— Order entered on February 16, 1960, granting defendant-respondent's motion, pursuant to subdivision 4 of rule 106 of the Rules of Civil Practice, to dismiss the third cause of action in the complaint for insufficiency, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ. [23 Misc 2d 215.]

■ In the Matter of JACK TADELES, Appellant, v. TEMPORARY STATE HOUSING RENT COMMISSION, Respondent.— Order entered on August 24, 1960, denying appellant's motion for renewal of his application to vacate an order of the respondent granting a certificate of eviction, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Steuer and Bastow, JJ.